# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIERRAVISION, INC.,<br><br>                 Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION LTD., et al.,<br><br>                 Defendants. | CASE NO. 11cv0639 DMS (BGS)<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO SEVER AND DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS**<br><br>**[Docket Nos. 39, 46, 52]** |

      This case comes before the Court on Defendants' motions to dismiss or sever. Plaintiff filed a consolidated opposition to the motions, and Defendants each filed a reply. For the reasons discussed below, the Court grants the motions to sever and denies the motions to dismiss as moot.

## I.
## BACKGROUND

      Plaintiff Tierravision, Inc. filed the present case on March 30, 2011. Plaintiff alleges Defendants Research in Motion Ltd. and Research in Motion Corp. ("RIM"), Google Inc. and Microsoft Corp. are infringing Plaintiff's U.S. Patent Number RE41,983 ("the RE'983 Patent"). Specifically, Plaintiff alleges RIM is infringing the RE'983 Patent through the use of its BlackBerry Maps application, Google is infringing the RE'983 Patent through the use of its Google Maps Mobile application, and Microsoft is infringing the RE'983 Patent through the use of its Bing Mobile application.

/ / /

## II.

## DISCUSSION

Defendants move to dismiss or sever this case pursuant to Federal Rules of Civil Procedure 20 and 21. Rule 20(a)(2) provides:

> Persons ... may be joined in one action as defendants if: (A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action.

Fed. R. Civ. P. 20(a)(2). Defendants argue this case does not meet the first prong of the Rule, namely that the claim arise out of the "same transaction."

The "same transaction" requirement "refers to similarity in the factual background of a claim." *Coughlin v. Rogers*, 130 F.3d 1348, 1350 (9th Cir. 1997). Plaintiff asserts that requirement is met here because:

> [e]ach Defendant has a mapping software application that uses Tierravision's patented data compression format. Each Defendant's mapping application infringes, at least, the same two claims of the RE'983 patent. Each Defendant operates its infringing mapping application via smartphones. Each Defendant, upon information and belief, obtains the same mapping data from the same geocoding source.

(Opp'n to Mot. at 6.) Other courts have found, however, that these kinds of allegations do not satisfy the "same transaction" requirement. *See Interval Licensing LLC v. AOL, Inc.*, No. C10-1385 MJP, 2011 WL 1655713, at *1 (W.D. Wash. Apr. 29, 2011) (granting motion to sever defendants in a patent infringement case); *Pergo, Inc. v. Alloc, Inc.*, 262 F.Supp.2d 122, 127-28 (S.D.N.Y. 2003) (granting motion to sever patent infringement claims against multiple defendants, and citing other similar cases). This Court finds the reasoning of those cases persuasive, and on that basis, grants Defendants' motions to sever.[1]

## III.

## CONCLUSION AND ORDER

For these reasons, the Court grants Defendants' motions to sever. Plaintiff shall file two new complaints, one alleging its second claim against Google and the other alleging its third claim against Microsoft. The Clerk of Court will assign separate case numbers to these cases, but each case will be

---

[1] In light of this ruling, Defendants' motions to dismiss are denied as moot.

1  assigned to the undersigned district judge and Magistrate Judge Bernard G. Skomal. All three cases will
2  be consolidated for purposes of claim construction only, and the dates set out in the Court's August 10,
3  2011 and August 29, 2011 orders shall apply to all three cases. Defendants Google and Microsoft shall
4  file their Answers and Counterclaims in their respective cases, and Plaintiff shall file its Answers to
5  those Counterclaims in the respective cases. The Clerk of Court will also waive the filing fee for these
6  new cases. Plaintiff's first claim against RIM is the only claim that remains at issue in the present case.
7  The Clerk of Court shall close the present case against Defendants Google and Microsoft.

8  **IT IS SO ORDERED**.

9  DATED: September 16, 2011

11  HON. DANA M. SABRAW
   United States District Judge